NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BP CORPORATION NORTH AMERICA INC.,**
*Appellant*

**v.**

**INVISTA S.A.R.L.,**
*Appellee*

---

2017-1890

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,316.

---

**JUDGMENT**

---

ROBERT CARPENTER, BP America, Inc., Naperville, IL, argued for appellant. Also represented by JAMES LEE LOVSIN, McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL.

MARTINA TYREUS HUFNAL, Fish & Richardson, PC, Wilmington, DE, argued for appellee. Also represented by CRAIG E. COUNTRYMAN, San Diego, CA; JOHN A. DRAGSETH, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 May 11, 2018                     /s/ Peter R. Marksteiner
      Date                         Peter R. Marksteiner
                                   Clerk of Court